**CADENCE BANK NA,**
**Plaintiff–Appellee,**

v.

**HORRY PROPERTIES, LLC, a South Carolina Limited Liability Company; M & M Builders, LLC of OD, a South Carolina Limited Liability Company; Arthur F. McLean, Jr., Defendants–Appellants,**

and

**Beach First National Bank; Horry County State Bank, Defendants.**

No. 12–2008.

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 30, 2013.

---

Louis D. Nettles, Folkens Law Firm P.A., Florence, South Carolina, for Appellants. J. Thomas McBratney, III, McBratney Law Firm, PA, Florence, South Carolina, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Horry Properties, LLC, M & M Builders, LLC of OD, and Arthur F. McLean, Jr., appeal the district court's orders setting aside transfers of certain real property and associated leases as fraudulent conveyances and denying their motion to alter or amend the judgment. We have reviewed the district court's thorough opinions, as well as the parties' briefs and the record included on appeal, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cadence Bank NA v. Horry Prop., LLC,* 4:10–cv–02717–RBH (D.S.C. April 3, 2012; July 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*